HAROLD F. MILLER, Respondent, *v.* CONTINENTAL CASUALTY COMPANY, Appellant.

Argued October 22, 1941; decided November 27, 1941.

*Andrew Eckel* and *William F. Giesen* for appellant.

*Alfred B. Nathan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.